■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT McQUEEN, Relator, v. ANNA M. KROSS, as Commissioner of Correction of the City of New York, et al., Respondents. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT McQUEEN, Appellant.— Application for a writ of habeas corpus denied on the ground that the application fails to comply with the provisions of section 1234 of the Civil Practice Act. Motion by appellant to dispense with printing, for assignment of counsel and for other relief on his appeal from a judgment of conviction. Motion denied. It appears that a notice of appeal was not timely served or filed. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ DANIEL M. ROSS et al., Respondents, v. TRIBORO DRIVE IT YOURSELF, INC., et al., Appellants.— Motion by appellants for a stay of assessment of damages, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before March 13, 1961. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ TERESE STAMPLER, Respondent, v. DANIEL B. STAMPLER, Appellant. (Action No. 1.) TERESE STAMPLER, Respondent, v. DANIEL B. STAMPLER, Appellant. (Action No. 2.) — Motion by the appellant husband to consolidate a pending appeal in Action No. 1 from an order granting to his wife a counsel fee, and a pending appeal in Action No. 2 from an order granting to the wife temporary alimony and a counsel fee, and to have both appeals heard together on separate records but on one brief, granted. Motion by appellant to stay the enforcement of said orders, pending determination of the appeals therefrom, granted on the following conditions: (1) that appellant shall continue to pay $100 per week to his wife on account of the temporary alimony; (2) that, pending the determination of the appeals, the sum of $9,000 heretofore deposited by him with the clerk of the court pursuant to the order to show cause on this motion, remain on deposit as security for the payment of any sums which appellant may be required to pay pursuant to the orders appealed from; and (3) that the consolidated appeals be perfected and argued at the March Term, commencing February 27, 1961. The consolidated appeals are ordered on the calendar for said term. Appellant is directed to serve and file his record and brief on or before February 23, 1961. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ PAULINE THUM et al., Respondents, v. EDWARD ZRAICK et al., Appellants, et al., Defendants.— Motion by respondents for leave to appeal to the Court of Appeals denied. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ MORRIS WEISS, Respondent, v. HARRY ZUCKER, Appellant.— Motion by appellant for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.